Case 11-00329    Doc 41    Filed 08/01/11    Page 1 of 2
Case 1:11-cv-01982-ELH   Document 4   Filed 08/01/11   Page 1 of 2
Case 1:11-cv-01982-ELH   Document 1-2   Filed 07/18/11   Page 1 of 2

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 AUG - 1  A 11: 27

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

ELH-11-1982

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

|  |  |
|---|---|
| ----------------------------------x | Case Nos.: 09-17787, 17790-17792-DWK |
| *In re* | |
| | (Jointly Administered under Case No. 09-17787) |
| TMST, Inc. | |
| f/k/a Thornburg Mortgage, Inc., et. al., | |
| Debtors. | Chapter 11 |
| .................................... | |
| JOEL I. SHER, CHAPTER 11 TRUSTEE for TMST, Inc., f/k/a Thornburg Mortgage, Inc, | |
| Plaintiff, | |
| v. | Adv. Proc. No.: 11-00329-DWK |
| BARCLAYS CAPITAL, INC., | |
| Defendant. | |
| ----------------------------------x | |

## ORDER GRANTING MOTION OF BARCLAYS CAPITAL, INC. FOR WITHDRAWAL OF REFERENCE OF ADVERSARY PROCEEDING

Upon the consideration of the Motion By Barclays Capital, Inc. for Withdrawal of Reference of Adversary Proceeding, (the "Motion"), any response or opposition thereto, and this Court having found that sufficient notice of the Motion has been given under the circumstances;

1

Case 11-00329   Doc 41   Filed 08/01/11   Page 2 of 2
Case 1:11-cv-01982-ELH   Document 4   Filed 08/01/11   Page 2 of 2
Case 1:11-cv-01982-ELH   Document 1-2   Filed 07/18/11   Page 2 of 2

and that cause exists to withdraw the reference under 28 U.S.C. § 157(d); it is, by the United

States District Court for the District of Maryland, hereby

     **ORDERED**, that the Motion is **GRANTED**; and it is further

     **ORDERED**, that the reference of Joel I. Cher, Chapter 11 Trustee for TMST, Inc. v.

Barclays Capital, Inc., Adv.  Proc. No. 11-00329-DWK (the "Adversary Proceeding"), now

pending in the United States Bankruptcy Court for the District of Maryland (Baltimore Division)

(the "Bankruptcy Court") is withdrawn; and it is further

     **ORDERED**, that the Clerk of the Bankruptcy Court shall transmit all pleadings and

papers filed or entered in the Adversary Proceeding to the Clerk of the United States District

Court for the District of Maryland within 20 days of the date of this Order.

cc:    Richard L. Costella, Esquire
       Patricia Borenstein Jefferson, Esquire
       Miles & Stockbridge P.C.
       10 Light Street
       Baltimore, MD 21202

       Lance R. Croffoot-Suede, Esquire
       Paul S. Hessler, Esquire
       Linklaters LLP
       1345 Avenue of the Americas
       New York, NY 10105

       Daniel J. Zeller, Esquire
       Shapiro Sher Guinot & Sandler
       36 South Charles Street
       Suite 2000
       Baltimore, MD 21201

       Mark L.D. Wawro, Esquire
       Susman Godfrey, LLP
       1000 Louisiana, Suite 5100
       Houston, TX 77002

*Approved and granted:*
*Ellen L. Hollander*
*US DJ*
*8/1/11*

~~[END OF ORDER]~~

2